Submitted on remand May 14, affirmed June 25, 1997

## KEVIN JAMES CALAHAN,
*Appellant,*

*v.*

## STATE OF OREGON,
*Respondent.*

(95-0470; CA A89890)

939 P2d 677

Garrett A. Richardson and Multnomah Defenders for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Janet A. Metcalf, Assistant Attorney General, for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *State v. Webb*, 324 Or 380, 927 P2d 79 (1996).